SHERRER JACKSON, BY HIS NEXT FRIEND, BERRY CARTER, v. WINSTON-SALEM SOUTHBOUND RAILWAY COMPANY.

(Filed 1 January, 1935.)

APPEAL by defendant from *Alley, J.,* at June Term, 1934, of FORSYTH.

Civil action to recover damages for personal injuries alleged to have been caused by the negligence of the defendant when plaintiff was struck by defendant's train at a street crossing in the city of Winston-Salem.

Demurrer interposed on the ground that the complaint does not state facts sufficient to constitute a cause of action. Demurrer overruled; exception; appeal.

*No counsel appearing for plaintiff.*
*Craige & Craige and Parrish & Deal for defendant.*

PER CURIAM. The brief of appellant abounds in fine distinctions and close differentiations, but a careful perusal of the complaint leaves us with the impression that the demurrer was properly overruled.

Affirmed.